# **EXHIBIT 1**



| | |
|---|---|
| **From:** | ctks@clintontan.com |
| **Sent:** | Wednesday, February 7, 2024 2:48 AM |
| **To:** | Vergani, Filippo |
| **Cc:** | 'Peter Choy'; Morelli, Giulia; Vergani, Enrico; Costa, Giulia |
| **Subject:** | RE: Cover Note GRIM/AF/BC/2021 - Request of Information |
| **Attachments:** | Grimaldi Payment Record.xlsx; 2. Identification of the Redbridge account.zip; Correspondence with Clearwood and Klapton.zip |

Dear Sirs,

We firstly state that our client, Specialty Broking Limited, had no direct dealings with your client at the material time and that the appropriate manner for your client to seek information is by addressing the same to ATL Marine & Energy Ltd and/or Klapton Insurance Company Ltd (being the party withholding payment).

Notwithstanding and without derogating from the above, our client is willing to assist to the best of its abilities out of goodwill and to show that it is – and always has been – cooperative. To that end, please find attached the following documents in response to your request below:

1. In respect of item (1), see the excel document titled "Grimaldi Payment Record".

2. In respect of item (2), see the zip file titled "Identification of the Redbridge account".

3. In respect of items (3) to (6), see the emails in this link: <u>3, 5 - Communication Emails with Clearwood</u> and also the attached zip file titled "Correspondence with Clearwood and Klapton".

All of our client's rights are reserved in the interim.

Thank you.

*Best regards,*

*Clinton Tan Kian Seng*
*Principal*

**Clinton Tan | Advocates & Solicitors**
E-12-06 & E-12-07, Plaza Mont Kiara,
No. 2 Jalan Kiara, Mont Kiara,
50480 Kuala Lumpur, Malaysia

Mobile Tel.: +6017-807 6858 | Office Tel.: +603-6413 0912

Member of Kiara Group Law Practice

*This communication is intended solely for the individual to whom it is addressed. If you are not the intended recipient of this communication, you may not disseminate, distribute, copy or otherwise disclose or use the contents of this communication without the written authority of Clinton Tan. If you have received this communication in error, please delete and destroy all copies, and kindly notify the sender by return email or telephone immediately. Thank you.*

**From:** ctks@clintontan.com <ctks@clintontan.com>
**Sent:** Tuesday, 6 February, 2024 7:17 AM
**To:** 'Vergani, Filippo' <Filippo.Vergani@belex.com>
**Cc:** 'Peter Choy' <pchoy@specialtybkg.com>; 'Morelli, Giulia' <Giulia.Morelli@belex.com>; 'Vergani, Enrico' <Enrico.Vergani@belex.com>; 'Costa, Giulia' <Giulia.Costa@belex.com>
**Subject:** RE: Cover Note GRIM/AF/BC/2021 - Request of Information

Dear Sirs,

We note receipt of your two emails below.

We are in the midst of preparing our response and will provide it in due course.

Thank you.

*Best regards,*

*Clinton Tan Kian Seng*
*Principal*

**Clinton Tan** | Advocates & Solicitors
E-12-06 & E-12-07, Plaza Mont Kiara,
No. 2 Jalan Kiara, Mont Kiara,
50480 Kuala Lumpur, Malaysia

Mobile Tel.: +6017-807 6858 | Office Tel.: +603-6413 0912

Member of Kiara Group Law Practice

*This communication is intended solely for the individual to whom it is addressed. If you are not the intended recipient of this communication, you may not disseminate, distribute, copy or otherwise disclose or use the contents of this communication without the written authority of Clinton Tan. If you have received this communication in error, please delete and destroy all copies, and kindly notify the sender by return email or telephone immediately. Thank you.*

**From:** Vergani, Filippo <Filippo.Vergani@belex.com>
**Sent:** Tuesday, 6 February, 2024 2:42 AM
**To:** ctks@clintontan.com
**Cc:** Peter Choy <pchoy@specialtybkg.com>; Morelli, Giulia <Giulia.Morelli@belex.com>; Vergani, Enrico <Enrico.Vergani@belex.com>; Costa, Giulia <Giulia.Costa@belex.com>
**Subject:** RE: Cover Note GRIM/AF/BC/2021 - Request of Information

Good afternoon,

With reference to the message below, we would appreciate your comments at your earliest convenience.

Kind regards,
*be*Team

BonelliErede
with LOMBARDI

2

30 Cannon Street
EC4M 6XH London. UK



Milan | Rome | Genoa | Brussels | London | Cairo | Addis Ababa | Dubai

Questo messaggio, con gli eventuali allegati, contiene informazioni riservate.
This email and any files transmitted with it are confidential.

**From:** Vergani, Filippo
**Sent:** Thursday, February 1, 2024 6:19 PM
**To:** ctks@clintontan.com
**Cc:** Peter Choy <pchoy@specialtybkg.com>
**Subject:** Cover Note GRIM/AF/BC/2021 - Request of Information

Good afternoon,

This is Bonelli Erede LLP, London office, we have been instructed by ItalBrokers Spa (hereinafter "**ItalBrokers**"), the producing broker of the risk of Grimaldi Group's Fleet (hereinafter "**Grimaldi**" or "**Insured**") for the year 2021, Cover Note GRIM/AF/BC/2021 (hereinafter "**Cover Note**") to assist them in the recovery of claims due under the Cover Note.

As you will recall, correspondence was already exchanged in November 2023 in respect of this matter. However, we believe it now a proper time to write to you directly in order to obtain further crucial information regarding the collection of the indemnities.

We understand that you act as the broker for the reinsurance of Redbridge Insurance Company Limited, based in Barbados (hereinafter "**Redbridge**"). Furthermore, according to the insurance slip between one of Redbridge's reinsurers, Klapton Insurance Company Ltd (which you can find attached for prompt reference), you are "*The Broker of Record*", meaning that Specialty Broking Ltd is responsible for "*All communications (including but not limited to notices, statements, premium, return premium, commissions, taxes, losses, loss adjustment expense, salvages and loss settlements)*" relating to the slip, something which has also been confirmed by Redbridge and ATL Marine and Energy Ltd on previous occasions.

Currently, as the matter stands:
  (i)   indemnity payments of EUR 593,978.73 plus interests thereof are overdue;
  (ii)  counter security of USD 279,000.00 for the casualty involving M/v "Euroferry Olympia" has never been issued;
  (iii) the premiums owed under the Cover Note have been timely and duly paid;
  (iv)  there has been the lack of action by Redbridge and its inability to meet payment obligations;
  (v)   there are open claims currently valuated at EUR 768,993.00 without prejudice to any further increase thereof as to insurance indemnities owed by Redbridge,
  (vi)  Redbridge is openly flagging out non-payments by part of its reinsurers as an excuse not to meet its obligations;

In light of the foregoing, we would like to pose further queries to your attention, namely to provide the following at your earliest convenience:
  1) a breakdown, including relevant quantifications, of the indemnities paid by all the reinsurers under their respective insurance slips;

3

2)     the identification of the Redbridge account (and entity) that received premiums and issued indemnities under the Cover Note;
3)     any and all communication exchanged between yourselves, the reinsurers and Redbridge relating to the lack of payment of the indemnities;
4)     any and all evidence of action taken by you (or Redbridge) for the recovery of the indemnities since November 2023;
5)     the *"correspondence with Klapton"* referred to in Mr Choy's last email of 13 November 2023,
6)     the reply, if any, received from *Clearwood International Ltd* to you letter dated 13 March 2023 and any related communication.

We thank you for the time you will devote to this matter.

We remain available should you wish to discuss anything further, and we look forward to receiving your prompt reply. To this end the present message has been addressed to your lawyers with whom we have been already in touch and with whom we shall be happy to correspond whenever necessary.

Yours sincerely,
*be*Team

## Beneficiary Bank Details

| | |
|---|---|
| Country / Region | UNITED STATES OF AMERICA |
| Province / City / Autonomous Region | MIAMI,FL |
| Bank Name | FIRSTBANK FLORIDA |
| Address | 9795 SOUTH DIXIE HWY MIAMI, FL33156 |
| Clearing Code | ▓▓▓▓▓▓▓ |

## Beneficiary Details

| | |
|---|---|
| Beneficiary Account Type | Non-listed |
| Account Number / IBAN | ▓▓▓▓▓▓▓ |
| Name | REDBRIDGE GROUP,LLC |