UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
--------------------------------------------------------X
ITAL BROKERS S.p.A. on its own behalf   :
and as brokers and agents for            :
Grimaldi Group S.p.A.,                   :
                                         :
                Plaintiff,               :
                                         :
        - against -                      :
                                         :
REDBRIDGE INSURANCE                       :
COMPANY LTD                              :
                                         :
                Defendant.               :
--------------------------------------------------------X

## DECLARATION OF DANIELA TASSO
## IN SUPPORT OF MARITIME ATTACHMENT

I, Daniela Tasso declare, under the penalty of perjury of the laws of the United States of America, as follows:

1.      I hold the position of CEO at ITAL BROKERS S.p.A. ("Ital Brokers" or "Plaintiff") and am authorized to make this declaration on behalf of ITAL BROKERS S.p.A., acting on its own behalf and as broker and agent for the insured Grimaldi Group S.p.A. and its subsidiaries and affiliates insofar as they are interested.

2.      I have personal knowledge of the facts which form the basis of this Action which seeks security for claims against defendant Redbridge Insurance Company Ltd. ("RICL" or "Defendant") through my personal participation in directing this dispute and based upon my review of relevant documents and communications.

3.      This action concerns Defendant's breach of a marine insurance policy by failing to pay indemnities associated with undisputed amounts owed in connection with claims covered by the policy.

4.     The insured Grimaldi Group S.p.A. retained the services of Ital Brokers, among others, to procure hull and machinery insurance coverage for its fleet of vessels for the year 2021.

5.     The Cover Note for underwriting year 2021 was negotiated through a chain of several producing and placing brokers and Defendant Redbridge Insurance Company Ltd. This is a common practice in the business of marine insurance.

6.     Attached hereto as **Exhibit 1** is a true and accurate copy of the cover note number GRIM/AF/BC/2021.   The Cover Note indicates that Redbridge Insurance Company Ltd. underwrote 7.75% of the coverage associated with this insurance policy.  The Cover Note incorporates the terms and conditions of the Nordic Marine Insurance Plan of 2013 Version 2019 which provides for disputes to be resolved in the Courts of Norway.

7.     At no time did any representative of the Plaintiff travel to the State of Florida to negotiate this insurance policy.  I am also unaware of any other brokers through which this insurance was placed traveling to Florida or negotiating with any representatives of the Defendant in Florida.

8.     Plaintiff's understanding of Defendant's status is that it is a Barbados corporate entity, and no indication was ever provided to Plaintiff or Grimaldi suggesting that Defendant was doing business in Florida or had any connection to Florida. Attached as **Exhibit 2** is a copy of Redbridge's promotional material provided during the policy negotiations.

9.     This dispute concerns Defendant's failure to pay indemnities owed under the insurance policy, evidenced by the cover note. Specifically, Defendant failed and continues to fail to pay its share (7.75%) of indemnity, and/or to release specific guarantee, as the case may require, for claims paid under this policy year. This is a breach of the insurance policy.

10.     During the coverage period, RICL was obligated to pay its portion of an indemnity of EUR 609,173.18 (approximately $661,147.84 plus interest and revaluation to the Grimaldi Group in connection with a covered claim under the policy.  Defendant failed to pay its portion of the claim.

11.     Further, given that RICL has failed to cover its portion of insurance payments, Plaintiff has had to disburse EUR 164,847.00 (approximately $178,911.75) in favour and in the interest of Grimaldi.

12.     Finally, as of the time of filing this Verified Complaint, RICL's share of open and pending claims total EUR 646,474.24 (approximately USD 701,631.42).

13.     In correspondence with Defendant regarding its nonpayment of the undisputed indemnities owed under the insurance policy, Defendant indicated that it was fully reinsured for these losses and suggested that Plaintiff approach its reinsurer directly to request payment. Defendant did not dispute the amounts owed or that it is responsible under the policy. The fact that its reinsurer with whom Plaintiff is not in privy has failed to pay under the reinsurance policy does not affect Defendant's obligations to pay the claim under the insurance policy.

14.     This action is being pursued in the name of Ital Brokers S.p.A. on its own behalf and as broker and agent for the insured Grimaldi Group S.p.A. and its interested affiliates and subsidiaries. Plaintiff also brings this suit on behalf of and as agent for any other third parties who may have an interest in the outcome of this dispute, as their interests may appear.  Plaintiff is authorized to bring this action and is the real party in interest to these proceedings.

15.     To date, the principal claim of Plaintiff against Defendant is EUR 1,255,647.42 (approximately $1,362,779.26)

16.     In response to Plaintiff's numerous demands for payment from Defendant for its share of obligations under the insurance policy, to date, Defendant's only response has been to suggest that Plaintiff pursue Defendant's reinsurer.

17.     Other than the 7.75% owed from Defendant, all other amounts due and owing under the insurance have been paid.

18.     If this matter is not promptly settled by Defendant, once the claim is secured, Plaintiff will institute suit in the Courts of Norway in accordance with the Cover Note.

I declare under penalty of perjury of laws of the United States of America, that the foregoing is true and correct.

Executed on April 4th 2024

Daniela Tasso

# **EXHIBIT 1**

 

MARINE RISKS INSURANCE

Underwriting year 2021

## COVER NOTE No. GRIM/AF/BC/2021

| | |
|---|---|
| <u>Type:</u> | MARINE HULL |
| <u>Assured:</u> | GRIMALDI GROUP & as declared<br>and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests and as per Schedule of Assureds |
| <u>Interests:</u> | **SECTION A** - Hull, Materials, Machinery, Outfit and everything connected therewith nothing excluded |
| | **SECTION B** – Disbursement and/or Increased Value of Hull and Machinery including Excess Liabilities |
| <u>Vessels:</u> | various vessels as per Schedule "A" |
| <u>Agreed Values and Annual Rates:</u> | as per Schedule "A" |
| <u>Period:</u> | 12 months with effect from 1st July 2021 00:00hrs (UTC) and/or short periods at daily pro rata premium |

<u>Order / Securities:</u>      **ALL SECTIONS – 12,75%** placed as follows :
Redbridge Insurance Company Limited (via BC)          7,750%
Fidelis / NAVIUM Marine Limited (via BC)                 5,000%

<u>Slip Leader</u>          **ALL SECTIONS** – Ergo Versicherung AG (Hamburg)

<u>Follow Clause:</u>      **ALL SECTIONS** - Agree with or without notice to follow the claims handling, settlements decisions and due dates of the claims leader Ergo Versicherung AG in each and every respect, and such agreement to be binding on all Underwriters.

Sede Legale
Viale Tunisia, 38
Sc. A, primo piano
20124 Milano

Sede Amm.va ed Operativa:
Via Albaro, 3
16145 Genova
Tel. +39 010 31951
Fax +39 010 3623862

Uffici Operativi:
Via Crescenzio, 42/8
00193 Roma
Tel. +39 06 421251
Fax +39 06 42125200

Uffici Operativi:
Via Zanardelli, 40
73100 Lecce
Tel. +39 0832 1810453

Uffici Operativi:
Via Antonio Meucci, 7
48124 Ravenna
Tel. +39 0544 1886271

Uffici Operativi:
Via Roma 38 – 44
09123 Cagliari
Tel. +39 392 3149304

Uffici Operativi:
Via Pietro Micca, 10
10122 Torino
Tel. +39 011 5627643

Cap soc. Euro 8.040.725,00 i.v. – R.U.I. n. B000059359 – Reg. Impr. MI/C.F./P.IVA 08536311007 – PEC: italbrokers@pec.net – www.italbrokers.it



**SECTION A**

**GRIMALDI GROUP SPA, GRIMALDI DEEP SEA SPA and GRIMALDI EUROMED SPA Fleets**

H&M Conditions:  The insurance provides cover according to the terms and conditions of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), Part One and Chapter 10-13, amended to 3/4ths Collision Liability excluding Fixed and Floating Objects ;

Deductibles as follows:
Annual Aggregate Deductible of EUR ▮▮▮▮ = to be applied to all Group Fleets all claims excluding total loss / constructive total loss
Annual Aggregate Deductible of EUR ▮▮▮▮▮ = to be applied to all Group Fleets all loss / constructive total loss claims.
  (i)   PARTICULAR AVERAGE DEDUCTIBLE as per § 12-18 of the Plan: as per Schedule "A"
  (ii)   COLLISION LIABILITY DEDUCTIBLE as per § 13-4 of the Plan: EUR ▮▮▮▮
  (iii)   ICE DAMAGE DEDUCTIONS as per § 12-15 of the Plan: Not to apply
Where Particular Average and Collision Liability Claims arise from the same casualty, the total Deductible under (i) and (ii) above shall not exceed the Deductible stated under (i).
Deductible as stated above any one accident or occurrence except Total Loss, which payable in full. Deductible also not to apply in respect of survey, legal and adjuster & fees.

Vessels may transfer from one section/"fleet" to another subject to written notification; maintaining terms and conditions as set out at inception.

Cefor Sanction Limitation and Exclusion Clause, as attached.

Pilots Non-Liability Clause, as attached.

It is agreed where vessel is engaged in lightening operations and/or cargo loading or discharging from or into another vessel at sea, the policy deductible shall be applicable in respect of the aggregate of claims arising there from for period of such operation. It is further agreed to waive the required notification of such operations.

This insurance covers equipment (including bunkers and/or spare bunkers furnished by Charterers or others) and apparatus not owned by the Assured but installed for use on the insured vessel, whether such equipment or apparatus be in the nature of aids to navigation or communication or otherwise, subject to all terms and conditions of this policy.

Including Fork-lifts, Trailers, Tug Master etc. whilst aboard the vessels but cover to remain in force whilst operating on land within port areas, but third party liabilities associated with the use of such equipment whilst on land excluded. Subject to deductible EUR ▮▮▮▮ ach accident or occurrence.

Including General Average Clause as per § 4-8 of the Plan in the amount of EUR ▮▮▮▮ =.

It is agreed that the use of helicopters for transportation of personnel, equipment, stores, etc. shall not in any way prejudice this insurance.

All sums insured to be considered assessed insurable value as per § 2-3 of the Plan.

Including Change of Conditions Clause, as attached.

Recommissioning Clause, as attached.



Marine Cyber Endorsement (LMA 5403), as attached.

Including US Terrorism Risk Insurance Act Clause (TRIA Clause), as attached.

Agreed at Assured's discretion to adjust values prior to inception; calculated at the annual rate stipulated herein.

Each vessel and/or interest deemed to be a separate insurance.

Including, if required, new and/or acquired and/or managed and/or chartered vessels at same rates and conditions as for comparable vessels taking into consideration vessel's type, age, size and insured value.

For any prolongation, extension or resigning of this contract, the Underwriter shall have the option to include any new standard market clause(s).

In respect of vessels  "GRANDE NAPOLI" and "GRANDE SPAGNA" only, it is agreed the inclusion of following clause : "lien on the fleet contracts shall be confined to the outstanding premiums due on this vessel only, and insurers shall not set off against any claim(s) or return(s) of premium for this vessel any premiums due in respect of other vessels insured under the contracts".

Notice of suspension of insurance to Mortgagee, as attached.

| Note: | vessels "EUROFERRY OLYMPIA" and "EUROFERRY EGNAZIA" conditions/trading as per FINNLINES Fleet.<br>vessel "CRUISE SMERALDA" conditions/trading as per MINOAN Fleet.<br>vessel "ATLANTIC SAIL" conditions/trading as per ACL Fleet. |
|---|---|

**FINNLINES PLC Fleet**

H&M Conditions:      The insurance provides cover according to the terms and conditions of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), Part One and Chapter 10-13

Deductibles as follows:
Annual Aggregate Deductible of EUR ███████ = to be applied to all Group Fleets all claims excluding total loss / constructive total loss
Annual Aggregate Deductible of EUR ███████ = to be applied to all Group Fleets all total loss / constructive total loss claims.
   (i)    PARTICULAR AVERAGE DEDUCTIBLE as per § 12-18 of the Plan: as per Schedule "A"
   (ii)   COLLISION LIABILITY DEDUCTIBLE as per § 13-4 of the Plan: EUR ███████ =
   (iii)  ICE DAMAGE DEDUCTIONS as per § 12-15 of the Plan: Not to apply
Where Particular Average and Collision Liability Claims arise from the same casualty, the total Deductible under (i) and (ii) above shall not exceed the Deductible stated under (i).
Deductible as stated above any one accident or occurrence except Total Loss, which payable in full. Deductible also not to apply in respect of survey, legal and adjuster & fees.

Vessels may transfer from one section/"fleet" to another subject to written notification; maintaining terms and conditions as set out at inception.

Cefor Sanction Limitation and Exclusion Clause, as attached



Pilots Non-Liability Clause, as attached.

It is agreed where vessel is engaged in lightening operations and/or cargo loading or discharging from or into another vessel at sea, the policy deductible shall be applicable in respect of the aggregate of claims arising there from for period of such operation. It is further agreed to waive the required notification of such operations.

This insurance covers equipment (including bunkers and/or spare bunkers furnished by Charterers or others) and apparatus not owned by the Assured but installed for use on the insured vessel, whether such equipment or apparatus be in the nature of aids to navigation or communication or otherwise, subject to all terms and conditions of this policy.

Including Shipowners Transport and Miscellaneous Property Clause, as attached

Including General Average Clause as per § 4-8 of the Plan in the amount of EUR ███████

It is agreed that the use of helicopters for transportation of personnel, equipment, stores, etc. shall not in any way prejudice this insurance.

All sums insured to be considered assessed insurable value as per § 2-3 of the Plan.

Including Change of Conditions Clause, as attached.

Recommissioning Clause, as attached.

Marine Cyber Endorsement (LMA 5403), as attached.

Including US Terrorism Risk Insurance Act Clause (TRIA Clause), as attached.

Agreed at Assured's discretion to adjust values prior to inception; calculated at the annual rate stipulated herein.

Each vessel and/or interest deemed to be a separate insurance.

Including, if required, new and/or acquired and/or managed and/or chartered vessels at same rates and conditions as for comparable vessels taking into consideration vessel's type, age, size and insured value.

For any prolongation, extension or resigning of this contract, the Underwriter shall have the option to include any new standard market clause(s).

Notice of suspension of insurance to Mortgagee, as attached.


**ATLANTIC CONTAINER LINE Fleet**

H&M Conditions: The insurance provides cover according to the terms and conditions of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), Part One and Chapter 10-13, excluding Collision Liability and Fixed and Floating Objects in full.

Deductibles as follows:
Annual Aggregate Deductible of EUR ███████ = to be applied to all Group Fleets all claims excluding total loss / constructive total loss
Annual Aggregate Deductible of EUR ███████ to be applied to all Group Fleets all total



loss / constructive total loss claims.

    (i)   Particular Average Deductible as per § 12-18 of the Plan: as per Schedule "A"
    (ii)  ICE DAMAGE DEDUCTIONS as per § 12-15 of the Plan: Not to apply

Deductible as stated above any one accident or occurrence except Total Loss, which payable in full. Deductible also not to apply in respect of survey, legal and adjuster & fees.

Vessels may transfer from one section/"fleet" to another subject to written notification; maintaining terms and conditions as set out at inception.

Cefor Sanction Limitation and Exclusion Clause, as attached.

Pilots Non-Liability Clause, as attached.

It is agreed where vessel is engaged in lightening operations and/or cargo loading or discharging from or into another vessel at sea, the policy deductible shall be applicable in respect of the aggregate of claims arising there from for period of such operation. It is further agreed to waive the required notification of such operations.

This insurance covers equipment (including bunkers and/or spare bunkers furnished by Charterers or others) and apparatus not owned by the Assured but installed for use on the insured vessel, whether such equipment or apparatus be in the nature of aids to navigation or communication or otherwise, subject to all terms and conditions of this policy.

Including General Average Clause as per § 4-8 of the Plan in the amount of EUR ██████.

It is agreed that the use of helicopters for transportation of personnel, equipment, stores, etc. shall not in any way prejudice this insurance.

All sums insured to be considered assessed insurable value as per § 2-3 of the Plan.

Including Change of Conditions Clause, as attached.

Recommissioning Clause, as attached.

Marine Cyber Endorsement (LMA 5403), as attached.

Including US Terrorism Risk Insurance Act Clause (TRIA Clause), as attached.

Agreed at Assured's discretion to adjust values prior to inception; calculated at the annual rate stipulated herein.

Each vessel and/or interest deemed to be a separate insurance.

Including, if required, new and/or acquired and/or managed and/or chartered vessels at same rates and conditions as for comparable vessels taking into consideration vessel's type, age, size and insured value.

For any prolongation, extension or resigning of this contract, the Underwriter shall have the option to include any new standard market clause(s).

Notice of suspension of insurance to Mortgagee, as attached.



**MINOAN LINES SHIPPING SA Fleet**

**H&M Conditions:**   The insurance provides cover according to the terms and conditions of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), Part One and Chapter 10-13, excluding Collision Liability and Fixed and Floating Objects in full.

Deductibles as follows:
Annual Aggregate Deductible of EUR ▮▮▮▮▮▮▮ = to be applied to all Group Fleets all claims excluding total loss / constructive total loss
Annual Aggregate Deductible of EUR ▮▮▮▮▮▮▮ = to be applied to all Group Fleets all total loss / constructive total loss claims.
  (i)   Particular Average Deductible as per § 12-18 of the Plan: as per Schedule "A"
  (ii)  ICE DAMAGE DEDUCTIONS as per § 12-15 of the Plan: Not to apply
Deductible as stated above any one accident or occurrence except Total Loss, which payable in full. Deductible also not to apply in respect of survey, legal and adjuster & fees.

Vessels may transfer from one section/"fleet" to another subject to written notification; maintaining terms and conditions as set out at inception.

Cefor Sanction Limitation and Exclusion Clause, as attached.

Pilots Non-Liability Clause, as attached.

It is agreed where vessel is engaged in lightening operations and/or cargo loading or discharging from or into another vessel at sea, the policy deductible shall be applicable in respect of the aggregate of claims arising therefrom for period of such operation. It is further agreed to waive the required notification of such operations.

This insurance covers equipment (including bunkers and/or spare bunkers furnished by Charterers or others) and apparatus not owned by the Assured but installed for use on the insured vessel, whether such equipment or apparatus be in the nature of aids to navigation or communication or otherwise, subject to all terms and conditions of this policy.

Including General Average Clause as per § 4-8 of the Plan in the amount of EUR ▮▮▮▮▮▮▮

It is agreed that the use of helicopters for transportation of personnel, equipment, stores, etc. shall not in any way prejudice this insurance.

All sums insured to be considered assessed insurable value as per § 2-3 of the Plan.
Including Change of Conditions Clause, as attached.

Recommissioning Clause, as attached.

Marine Cyber Endorsement (LMA 5403), as attached.

Including US Terrorism Risk Insurance Act Clause (TRIA Clause), as attached.

Agreed at Assured's discretion to adjust values prior to inception; calculated at the annual rate stipulated herein.

Each vessel and/or interest deemed to be a separate insurance.

Including, if required, new and/or acquired and/or managed and/or chartered vessels at same rates and conditions as for comparable vessels taking into consideration vessel's type,



age, size and insured value.

For any prolongation, extension or resigning of this contract, the Underwriter shall have the option to include any new standard market clause(s).

Notice of suspension of insurance to Mortgagee, as attached.

Note:   vessel "FESTOS PALACE" conditions/trading as per GRIMALDI Euromed SpA Fleet


**MALTA MOTORWAYS OF THE SEA LTD Fleet**

H&M Conditions:   The insurance provides cover according to the terms and conditions of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), Part One and Chapter 10-13, excluding Collision Liability and Fixed and Floating Objects in full.

Deductibles as follows:
Annual Aggregate Deductible of EUR ███████ = to be applied to all Group Fleets all claims excluding total loss / constructive total loss
Annual Aggregate Deductible of EUR ███████ = to be applied to all Group Fleets all total loss / constructive total loss claims.
   (i)   Particular Average Deductible as per § 12-18 of the Plan: as per Schedule "A"
   (ii)  ICE DAMAGE DEDUCTIONS as per § 12-15 of the Plan: Not to apply
Deductible as stated above any one accident or occurrence except Total Loss, which payable in full. Deductible also not to apply in respect of survey, legal and adjuster & fees.

Vessels may transfer from one section/"fleet" to another subject to written notification; maintaining terms and conditions as set out at inception.

Cefor Sanction Limitation and Exclusion Clause, as attached.

Pilots Non-Liability Clause, as attached.

It is agreed where vessel is engaged in lightening operations and/or cargo loading or discharging from or into another vessel at sea, the policy deductible shall be applicable in respect of the aggregate of claims arising there from for period of such operation. It is further agreed to waive the required notification of such operations.

This insurance covers equipment (including bunkers and/or spare bunkers furnished by Charterers or others) and apparatus not owned by the Assured but installed for use on the insured vessel, whether such equipment or apparatus be in the nature of aids to navigation or communication or otherwise, subject to all terms and conditions of this policy.

Including Fork-lifts, Trailers, Tug Master etc. whilst aboard the vessels but cover to remain in force whilst operating on land within port areas, but third party liabilities associated with the use of such equipment whilst on land excluded. Subject to deductible EUR ███████ each accident or occurrence.

Including General Average Clause as per § 4-8 of the Plan in the amount of EUR ███████ =.

It is agreed that the use of helicopters for transportation of personnel, equipment, stores, etc. shall not in any way prejudice this insurance.

All sums insured to be considered assessed insurable value as per § 2-3 of the Plan.



Including Change of Conditions Clause, as attached.

Recommissioning Clause, as attached.

Marine Cyber Endorsement (LMA 5403), as attached.

Including US Terrorism Risk Insurance Act Clause (TRIA Clause), as attached.

Agreed at Assured's discretion to adjust values prior to inception; calculated at the annual rate stipulated herein.

Each vessel and/or interest deemed to be a separate insurance.

Including, if required, new and/or acquired and/or managed and/or chartered vessels at same rates and conditions as for comparable vessels taking into consideration vessel's type, age, size and insured value.

For any prolongation, extension or resigning of this contract, the Underwriter shall have the option to include any new standard market clause(s).

Notice of suspension of insurance to Mortgagee, as attached.

<u>Note:</u>

vessels "EUROCARGO SAVONA" (chartered to Finnlines), "EUROCARGO CATANIA", EUROCARGO SICILIA", "EUROCARGO ISTANBUL" and "EUROCARGO SALERNO" conditions/trading as per GRIMALDI Euromed SpA Fleet

**ALL Fleets**
<u>H&M Trading:</u>

Subject to the current Nordic Trading Warranties as per appendix to § 3-15 of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), or held covered at terms to be agreed by Leading Underwriter(s).

In respect of <u>FINNLINES</u> Fleet only, subject to the current Nordic Trading Warranties as per appendix to § 3-15 of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), amended to include Baltic trading (subject to NIL AP and no notifications required), or held covered at terms to be agreed by Leading Underwriter(s). This insurance also covers such particular average to the vessel as is caused by ice on full conditions in accordance with section 7.1.1. of the Finnish Marine Hull Insurance Conditions 2001 (FMC 2001). This insurance shall extend to cover damage to the propeller, rudder with stock and pins and steering gear directly caused by ice. The restriction set out in Section 58.2 in respect of bottom painting shall remain.

**SECTION B**

**ALL Fleets**
<u>I.V. Conditions:</u>

The insurance provides cover according to the terms and Conditions of the Nordic Marine Insurance Plan of 2013, version 2019 (The Plan), Part One and Chapter 14, all to be interpreted according to Norwegian Law and Jurisdiction, ref §1-4 of the Plan.

Owner's Interest and Freight Interest Insurance (where applicable) as per § 14-2. § 14-4 amended to allow O.I.+F.I. value greater than 25%



Hull Interest and Freight Interest Insurance as per § 14-1 and § 14-2.

All sums insured to be considered assessed insurable value as per §2-3 of the Plan.

Each vessel and/or interest deemed to be a separate insurance.

Subject otherwise to all special terms, clauses and conditions under the Hull & Machinery Insurance if and as applicable.

Recommissioning Clause, as attached.

Marine Cyber Endorsement (LMA 5403), as attached.

Including US Terrorism Risk Insurance Act Clause (TRIA Clause), as attached.

Cefor Sanction Limitation and Exclusion Clause, as attached.

Claims for Total loss to be payable in full.

For any prolongation, extension or resigning of this contract under this review clause, the Underwriter shall have the option to include any new standard market clause(s).

Notice of suspension of insurance to Mortgagee, as attached.

| | |
|---|---|
| I.V. Trading: | Subject to the current Nordic Trading Warranties as per appendix to § 3-15 of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), or held covered at terms to be agreed by Leading Underwriter(s). |
| | In respect of <u>FINNLINES</u> Fleet only, subject to the current Nordic Trading Warranties as per appendix to § 3-15 of the Nordic Marine Insurance Plan of 2013 Version 2019 (the Plan), amended to include Baltic trading (subject to NIL AP and no notifications required), or held covered at terms to be agreed by Leading Underwriter(s). This insurance also covers such particular average to the vessel as is caused by ice on full conditions in accordance with section 7.1.1. of the Finnish Marine Hull Insurance Conditions 2001 (FMC 2001). This insurance shall extend to cover damage to the propeller, rudder with stock and pins and steering gear directly caused by ice. The restriction set out in Section 58.2 in respect of bottom painting shall remain. |

**ALL SECTIONS / ALL Fleets**

| | |
|---|---|
| <u>Choice of Law &</u><br><u>Jurisdiction</u>: | Norwegian Law & Jurisdiction as per § 1-4 of the Nordic Marine Insurance Plan of 2013 Version 2019. |
| <u>Partial Insurance</u>: | The value of the vessel (at 100%) is agreed and the undersigned Insurers do insure by the present policy 12,75% of such value. The remaining 87,25% is covered elsewhere under separate policy. The claims recoverable on the basis of the General and Additional Conditions, as well as all expenses incurred by the Leading Company for the purpose of dealing with the claims, will be borne by the present policy for 12,75% of their amount; the deductible inserted at the Conditions is applied for 12,75% of the amount. Any additional premium/return will regard the present policy for 12,75%. |



| | |
|---|---|
| <u>Mortgage:</u> | In accordance with Chapter 7 of the Nordic Marine Insurance Plan 2013, version 2019. Including Notices of Assignment, Loss Payable Clauses and Notice of Cancellation Clause if and as required.  Agree that full style Mortgagee Clause and Notice of Assignment, Loss Payable Clause and Notice of Cancellation clause to be provided to leading underwriter only, binding on insurers hereon. |
| | Underwriters take note and agree that vessels are mortgaged as per Schedule "A". |
| <u>Payment of Premium Terms:</u> | <u>Premium Payment Clause LSW3001 (30/09/08) (60 days)</u> |
| | Notwithstanding any provision to the contrary within this contract or any endorsement hereto, in respect of non payment of premium only the following clause will apply. The (Re)Insured undertakes that premium will be paid in full to (Re)Insurers within 60 (sixty) days of inception of this contract (or, in respect of instalment premiums, when due). If the premium due under this contract has not been so paid to (Re)Insurers by the 60th (sixtieth) day from the inception of this contract (and, in respect of instalment premiums, by the date they are due) (Re)Insurers shall have the right to cancel this contract by notifying the (Re)Insured via the broker in writing. In the event of cancellation, premium is due to (Re)Insurers on a pro rata basis for the period that (Re)Insurers are on risk but the full contract premium shall be payable to (Re)Insurers in the event of a loss or occurrence prior to the date of termination which gives rise to a valid claim under this contract. |
| | It is agreed that (Re)Insurers shall give not less than 15 days prior notice of cancellation to the (Re)Insured via the broker. If premium due is paid in full to (Re)Insurers before the notice period expires, notice of cancellation shall automatically be revoked. If not, the contract shall automatically terminate at the end of the notice period. If any provision of this clause is found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, such invalidity or unenforceability will not affect the other provisions of this clause which will remain in full force and effect. |
| <u>Notes:</u> | \ |

Genoa, 27th August 2021

**ITAL BROKERS S.p.A.**
**on behalf of the Underwriters**



**VARIOUS CLAUSES**

Cefor Sanction Limitation and Exclusion Clause
*This clause shall be paramount and shall override anything contained in this insurance inconsistent therewith.*
No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, the United Kingdom, the United States of America, France, the Russian Federation, the People's Republic of China or any State where the Insurer has its registered office or permanent place of business.
In the event of the subject-matter insured having been engaged or engaging in any activity whatsoever that may expose the Insurer or his reinsurers to any sanction, prohibition, restriction, law or regulation as described in paragraph 1 above the Insurer shall be entitled to terminate the insurance by giving 14 days' notice. Termination also applies to the rights of the mortgagee, but the Insurer shall immediately notify the mortgagee of the termination.

US Terrorism Risk Insurance Act Clause (TRIA CLAUSE)
By accepting this Policy and/or Cover Note, the Assured(s) and/or Co-assured(s) named herein acknowledge and confirm that: (1) coverage for "acts of terrorism" as defined in the US Terrorism Risk Insurance Act of 2002 was made available to the Assured(s) and/or Co-assured(s) named herein; (2) the Assured(s) and/or Co-assured(s) named herein declined to purchase such coverage; and (3) the Assured(s) and/or Co-assured(s) named herein have not paid Underwriters hereon any premium for such coverage.

Pilots non-liability Clause
This insurance shall not be prejudiced by reason of any agreement limiting or exempting the liability of Pilots and/or Tugs and/or Tow boats and/or their owners when the Assured and/or Charterers accept such contracts in accordance with established local practice or are compelled to accept such contracts.

Shipowners Transport and Miscellaneous Property Clause
This section covers loss of or damage to:
1.   Spare parts and equipment which has been removed from any insured vessel while in storage on land including objects temporarily removed from the vessel as referred to in Nordic Plan Clause 10-2.1.
2.   All property on board owned by the Assured or which he has an obligation to insure which is not covered by hull insurance in accordance with para 10-1 of the Nordic Hull Plan.
3.   Bunkers and lubrication oil if lost or damaged in an incident not involving damage to the vessel, ref. para 10-1(c) of the Norwegian Plan.
4.   Cash on board.
Conditions:
     All risks of loss or damage as per the general part of the Nordic Marine Insurance Plan of 2013, including war. Claims to be calculated in accordance with Part two of the Nordic Plan or Norwegian cargo clauses of 1995, version 2004 as appropriate but theft of consumables, provisions, supplies and spare parts on board is only covered in connection with forcible breaking and entry. Theft of cash on board is only covered in the event of theft from a locked safe. Any keys to the safe to be safely kept by the person in charge of its contents at all times.
Limits and deductibles:
Limits:
1)   Spares, bunkers and property

Deductibles iro



Recommissioning Clause
The insured vessel shall not sail from lay-up berth under own power or navigate following a lay-up period of more than 180 consecutive days unless the assured has arranged for the class register of the vessel or the London Salvage Association to examine the vessel and has carried out any repairs or requirements recommended by the class register of the vessel or The London Salvage Association.

ISPS-Code and US Marine Transportation Secuirty Act (2002)
The International Ship and Port Facility Security Code (ISPS-CODE) and US Maritime Transportation Security ACT (2002) must be complied with when applicable. Both set of rules are Safety Regulations pursuant to § 3-22 of the Plan, and violations of either of the set of rules may prejudice the war risk cover, cf. § 3-25 of the Plan.

Change of Conditions Clause
Applicable to hull insurance on Nordic conditions according to the Nordic Marine Insurance Plan of 2013, (the Plan) and the Norwegian Hull Policy Form.
To section 2-11 of the Plan:
For any vessel insured hereunder, which was insured on other conditions than the Norwegian Marine Insurance Plan of 1996 under her preceding hull insurance policies, this policy on Norwegian conditions shall, notwithstanding the provisions in section 2-11 of the Plan, cover any damage or loss occurring during the period of this policy resulting from a cause which first operated by a peril insured against having struck before the inception of this policy - provided the Assured substantiates that such damage or loss is not recoverable under the preceding policies.

Notice of suspension of insurance to Mortgagee
Being hereby fully confirmed contents of "Payment of Premium Clause", if the vessel is mortgaged, before exercising their right of suspension of insurance cover, the Underwriters hereon undertake to give exclusively to the Mortgagees a 15 days written notice, through the Brokers, and the opportunity of paying any outstanding premiums within such period of time.

Marine Cyber Endorsement (LMA5403 - 11 November 2019)
1.  subject only to paragraph 3 below, in no case shall this insurance cover loss, damage, liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus, computer process or any other electronic system.
2.  Subject to the conditions, limitations and exclusions of the policy to which this clause attaches, the indemnity otherwise recoverable hereunder shall not be prejudiced by the use or operation of any computer, computer system, computer software programme, computer process or any other electronic system, if such use or operation is not as a means for inflicting harm.
3.  where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, paragraph 1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

**GRIMALDI EUROMED SpA**

**ALL VESSELS**
Assured:    GRIMALDI EUROMED SpA
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
but :
**EUROCARGO RAVENNA**
Assured:    GRIMALDI EUROMED SpA
    BANCA EUROPEA PER GLI INVESTIMENTI (Security Agent)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests

**GRIMALDI DEEP SEA SpA**

**ALL VESSELS**
Assured:    GRIMALDI DEEP SEA SpA
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
but :
**ATLANTIC SAIL**
Assured:    GRIMALDI DEEP SEA SpA (Registered Owners)
Co-Assured:    ATLANTIC CONTAINER LINE AB (Time Charterers)
    GRIMALDI GROUP SPA (Managers & Techinical Managers)
    GRIMALDI MARINE PARTNERS LTD (Crew Managers)
    and all Affiliated and/or Associated Companies of Grimaldi Group Naples for their respective rights and interests as they may appear
    their respective rights and interests as they may appear
**GRANDE LUANDA**
Assured:    GRIMALDI DEEP SEA SpA (as Owners)
    GRIMALDI DI GROUP SpA (as Managers )
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests

**GRIMALDI GROUP SpA**

**(no vessels @ July 1st 2021)**
Assured:    GRIMALDI GROUP SpA
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests

**ATLANTIC CONTAINER LINE**

**GRANDE ARGENTINA**
Assured:    ACL Invest AB (Owners)
Co-Assured:    Grimaldi Deep Sea SpA (Managers)
    V.Ships Monaco SAM (Manning Agents)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests as they may appear
**GRANDE BRASILE**
Assured:    ATLANTIC CONTAINER LINE (Owners)
Co-Assured:    V.SHIPS MONACO (Managers)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests as they may appear
**GRANDE ATLANTICO**
Assured:    ATLANTIC CONTAINER LINE (Owners)
Co-Assured:    V.SHIPS MONACO (Managers)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests as they may appear
**GRANDE AFRICA**
Assured:    ATLANTIC CONTAINER LINE (Owners)
Co-Assured:    V.SHIPS MONACO (Managers)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests as they may appear
**ATLANTIC SUN**
Assured:    ATLANTIC CONTAINER LINE AB (Owners)
Co-Assured:    GRIMALDI GROUP S.P.A (Manager)
    GRIMALDI MARINE PARTNERS LTD (Crew Manager)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests as they may appear
**ATLANTIC SKY**
Assured:    ATLANTIC CONTAINER LINE AB (Owners)
Co-Assured:    GRIMALDI GROUP S.P.A (Manager)
    GRIMALDI MARINE PARTNERS LTD (Crew Manager)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests as they may appear
**ATLANTIC SEA**
Assured:    ATLANTIC CONTAINER LINE AB (Bareboat Charterer)
Co-Assured:    ACL VESSEL THREE H1697A AB (Registered Owner)
    GRIMALDI DEEP SEA SPA (Manager)
    GRIMALDI MARINE PARTNERS LTD (Crew Manager)
**ATLANTIC STAR**
Assured:    ATLANTIC CONTAINER LINE AB (Bareboat Charterer)
Co-Assured:    ACL VESSEL ONE H1695A AB (Registered Owner)
    GRIMALDI DEEP SEA SPA (Manager)
    GRIMALDI MARINE PARTNERS LTD (Crew Manager)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests as they may appear

**MINOAN LINES  SA**

**ALL VESSELS**
Assured:    MINOAN LINES SHIPPING SA
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests

**MALTA MOTORWAYS OF THE SEA LTD**

**ALL VESSELS**
Assured:    MALTA MOTORWAYS OF THE SEA LTD
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests

**FINNLINES Plc**

**FINNFURY**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNSWAN**
Assured:    Finnlines Plc (Bareboat Charterers and Operators)
Co-Assured:    RoPax III NordLink AB (Owners)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNMAID**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNSTAR**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNFELLOW**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNBREEZE**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNSEA**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNSKY**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNSUN**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNTIDE**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNWAVE**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNMILL**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNPULP**
Assured:    Finnlines Plc (Bareboat Charterers and Operators)
Co-Assured:    RoPax II Pulp AB (Owners)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNMERCHANT**
Assured:    Finnlines Plc (Owners and Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNHAWK**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNKRAFT**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNMASTER**
Assured:    Finnlines Plc (Owners and Operators)
Co-Assured:    Rederi AB Nordö-Link (Joint Operators)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests

**REDERI AB NORDO-LINK**

**FINNPARTNER**
Assured:    Rederi AB Nordö-Link (Owners and Operators)
Co-Assured:    Finnlines Ship Management AB (Managers)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**FINNTRADER**
Assured:    Rederi AB Nordö-Link (Owners and Operators)
Co-Assured:    Finnlines Plc (Joint Operators)
    Finnlines Ship Management AB (Managers)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests
**EUROPALINK**
Assured:    Rederi AB Nordö-Link (Owners)
Co-Assured:    Finnlines Ship Management AB (Managers)
    and/or Associated and/or Affiliated and/or Subsidiary companies for their respective rights and interests

# **EXHIBIT 2**





ORPORATE ORGANIZATION CHART



eg Morrison
Director

Edmund Santiago
President and CEO

Dr. Boris García Zakzuk
Chief Medical & Underwriting Officer

Mariely Fraga & Vladimir Guzmán
Comptrollers

Ana Marsh
Chief Legal Officer

Manuel Julbe
Chief Operations Officer

Walter Marsh
Chief Actuary - RICL

Mario Aguilar
Totall Re President

Marco Broccolo
Executive Director / Property & Casualty

Alexis González
Chief Operating Officer- RICL

Pedro Leon
Chief Information Officer

XECUTIVE COMMITTEE

Redbridge



**EDMUND SANTIAGO**
esantiago@redbridge.cc
1-305-232-9040

101 Almeria Avenue
Coral Gables, Florida, 33134
EE.UU.

**ROBERTO GÓMEZ**
rgomez@redbridge.cc
1-809-540-3886

Calle 10, Julieta Morales, Santo
Domingo, Distrito Nacional,
Relpública Dominicana

**MARIO AGUILAR**
maguilar@redbridge.cc
+502-2330-1430

Ave. Reforma 6-64, Zona 9, Plaza
Corporativa, Torre 2Sto Nivel, Oficina
501 Ciudad de Guatemala, Guatemala

**VERNY MOYA**
vmoya@redbridge.cc
+506-2520-0210

350 metros Norte del centro de Alta
Tecnología Franklin Chang,
Rohrmoser, Pavas, san José, Costa Rica

**ROSAURA HOYOS**
rhoyos@redbridge.cc
+507-6617-6072

Calle 50D Este, #34, Urbanizacion
Marbella, Panama, Panama

Miami

Rep.
Dominicana

Guatemala

Costa Rica

Panamá

Bermuda

Puerto Rico

Barbados

Uruguay

Argentina

**GREG MORRISON**
gmorrison@redbridge.cc
1-305-232-9040

7 Reid Street, 4ᵗʰ Floor, Hamilton,
Bermuda

**RAFAEL CLAUDIO**
rclaudio@redbridge.cc
1-787-726-1511

Calle San Antonio 1870 A- Parada
2San Juan, Puerto Rico 00909
EE.UU.

**GREG MORRISON**
gmorrison@redbridge.cc
1-305-232-9040

Speghaven 6 Tino Terrace, Christ
Church, Barbados

**ALEJANDRA M DE FREITAS**
amdefreitas@redbridge.cc
+5982 901-8510

18 de Julio 1323 Piso 2
Montevideo, Uruguay 11100

**LAURA REDONDO**
lredondo@redbridge.cc
+54.911.6869.9663

Mariano Moreno 3983, Avellaneda
Provincia de Buenos Aires, Argentina.

LOCATIONS

Redbridge



| REINSURANCE MANAGERS | REINSURANCE AUDITS | INSURANCE COMPANY | ASSISTANCE COMPANY | MEDICAL PROVIDERS, NETWORKS & MANAGE CARE |
|---|---|---|---|---|
| Reinsurance Manager for Life, Health, Personal Accident, and Property & Casualty Reinsurance. | Insurance company audits on behalf of the Reinsurers. | Insurance and Reinsurance Company for Life, Health, Personal Accident, and Property & Casualty Insurance. | Emergency Assistance Services for: Travel Road Home Funeral Medical | Medical Claims processing, Medical Services Precertification, Medical Provider Networks, and Call Center. |
| USA, Argentina, Costa Rica | USA | Barbados | Costa Rica | North America Miami |

| REINSURANCE BROKERAGE Totall Re | | INSURANCE BROKERAGE Redbridge Insurance Agency & Essential Insurance Services | | Central America Costa Rica, Panamá, Guatemala |
|---|---|---|---|---|
| Reinsurance brokerage for Life, Health, and Property & Casualty. | | Sales, Marketing and Administration of Life, Health, Personal Accident, and Property and Casualty Insurance and Assistance Programs. | | South America Uruguay |
| USA, Guatemala, Costa Rica, Dominican Republic | | USA, Costa Rica, Puerto Rico, Dominican Republic | | Caribbean Puerto Rico |

BUSINESS DESCRIPTION

▮Redbridge



Redbridge's servers are stationed at Terramark, a "state of the art" data center, featuring the most advanced security, redundant power and monitoring  system to ensure 24/7 availability,
and  performs  the  most advanced colocation and cloud technology for unmatched performance.

The NAP of the Americas in Miami, Florida, is one
of the largest and most connected datacenters
in the world.

The Tier-IV class facility was the first purpose-built, carrier-neutral Network Access Point which brings together massive and diverse connectivity from more than 160 carriers, some of the largest and most demanding websites in the world.

SECURED DATA IN NAP

■Redbridge

- **ROS** (Redbridge Operating Systems)
- **WLT Software** (Health Insurance Admin System)
- **QL Admin** (Life Insurance Admin System)
- **REM** (Redbridge Electronic Underwriting Manual)
- **ReOS** (Reinsurance Admin System)
- **BRICS** (Claims Adjudication and Repricing)
- **Redbridge Travel Platform (RTP)-** Customized Web Based Travel Assistance Sales)
- **R.A.M.S.** (Redbridge Assist Management Services)-SARA
- **I.A.M.S.** (Insurance Agency Management System)
- **InbrokerRe** (Reinsurance Management System)
- **Barracuda Archiver** (Integrated solution to archive email communications throughout Redbridge organization.



ADMINISTRATIVE SYSTEMS

■Redbridge



- Germany
- American Samoa
- Anguilla
- Argentina
- Barbados
- Belgium
- Bolivia
- Caiman Island
- Costa Rica
- Dominican Republic
- Ecuador
- USA
- El Salvador
- Spain

- Guatemala
- Haiti
- Honduras
- Mexico
- Panama
- Paraguay
- Peru
- Puerto Rico
- United Kingdom
- Switzerland
- Surinam
- Turks & Caicos
- Uruguay
- Venezuela
- Western Samoa

ACTUAL MARKETS

Redbridge

 **Redbridge.**
Reinsurance Managers

 **LLOYD'S**



**Redbridge Reinsurance Managers, LLC** underwrites and manages reinsurance coverage for a broad range of personal as well as property and casualty lines. Our pool of reinsurers is structured to underwrite health and life coverage. We offer a portfolio of services that provides cedent reinsurers and companies with flexible and customized reinsurance services. **Redbridge Re** was approved as a Lloyd's Coverholder in 2014, and has since been actively engaged in the Property market in Latin America, as well as Life & Disability, and most recently Casualty, binding authorities through prominent Lloyd's Syndicates.
**OFFICES:** Miami, Guatemala, Argentina, and Costa Rica.

**INTEGRATED SERVICES:**

- Actuarial support
- Underwriting training and manuals
- Policy wording and benefit design
- Reinsurance audits
- Fiduciary financial management
- Medical Risk Management
- Multi-channel distribution

**Life, Accident & Health u/w**

- We can underwrite and manage a broad range of life, health, personal accident coverage and customized products.

**Property & Casualty u/w**

- Facultative and treaty reinsurance coverage for a broad range of property and casualty risk.

**Structured Reinsurance**
**Administration & Consulting Services**
**Brokerage for all Lines of Business**

EINSURANCE & INSURANCE                                        ■Redbridge

# Redbridge.
## Reinsurance Managers

LLOYD'S



## LIFE & HEALTH:

- Citadel Reinsurance Company Limited
- Ocean International Reinsurance Company Limited
- Orion Reinsurance (Bermuda) Limited
- Rainmaker Insurance SCC
- Redbridge Insurance Company Ltd
- Houston Casualty
- Property Reinsurance Co.

## PROPERTY & CASUALTY:

- ACE
- AIG
- Allianz
- American Home Assurance Company
- Amlin
- Arch Reinsurance
- Aspen
- AXA Corporate Solutions
- Berkley Insurance Company
- Catlin
- Chartis
- Chaucer
- Chubb
- Cía. Internacional de Seguros de Panamá
- CV Starr
- Eurasia
- Everest Re
- Flagstone
- General Insurance Corporation
- Hannover Ruck
- Infrassure
- Liberty Mutual Int
- Mapfre Re
- Munich Re
- Nationale Suisse
- Navigators
- Odyssey Re
- Partner Re
- Provincial de Reaseguros
- Reaseguradora Patria
- Royal and Sun Alliance
- R+V
- Scor Re
- Swiss Re
- Transatlantic
- Validus Re
- XL Re
- Zurich
- Lloyd's Syndicates

REINSURANCE SUPPORT

Redbridge





REINSURANCE & INSURANCE



**Facultative Reinsurance Broker for Property and Casualty, Life & Health.**

- **Property & Casualty Reinsurance**
  Types of risk :
  - Construction / Installation, including Liability
  - Advance Loss of Profits
  - Coverage Long-term ( over 18 months)
  - Extended Maintenance Period
  - Coverage Test and Commissioning
  - Multiple insured Coverage

- **Professional and Financial Risks**
- **Political Risk and Terrorism**
- **Life & Health**
- **Personal Accident**



REINSURANCE, MARKETING & SALES                    ◼Redbridge



**Redbridge Insurance Company** is wholly owned by Redbridge Holding Inc. and provides insurance and reinsurance services to international markets.

**RICL** also acts as retrocessionaire on reinsurance generated and managed by Redbridge Reinsurance Managers, LLC, a subsidiary of Redbridge Group, through its participation in reinsurance services.

The company writes individual and group life and health business, as well as general insurance. We have a wide array of products addressing your life, safety, health, wealth, income and future, with the best offerings solutions in the international market.



LIFE, HEALTH, PERSONAL ACCIDENT, AND PROPERTY & CASUALTY

NSURANCE & REINSURANCE

Redbridge



**REDBRIDGE ASSIST** offers a large number of assistance plans for individuals, family, students, groups, companies, and for business or pleasure trips.

The Multi-Assistance program offers:
- Travel Assistance
- Funeral Assistance
- Road Assistance
- Home Assistance
- Medical Assistance
- Pharmacy Discounts

Redbridge worldwide Call Centers, with the advantages of extensive multilingual resources, provides VIP services 24 hours a day, 7 days a week, and handles all incoming calls for general service inquiries from members and providers throughout the world.



ASSISTANCE SERVICES PROGRAMS

EXPERTISE HUGHLIGHTS

Redbridge



**Redbridge** *Assist*

**TRAVEL ASSISTANCE**
- Emergency Medical and Dental Services
- Emergency Transportation
- Repatriation
- Legal Assistance
- Lost Baggage Service
- Lost Passport

**ROAD SERVICES**
- Towing Service for breakdown or accident
- Battery Boost
- Change of Tire
- Locksmith

**HOME**
- Plumbing
- Locksmith
- Electricity
- Glass

**FUNERAL**
- Burial Assistance
- Transfers to the Funeral and Cemetery
- Legal proceedings
- Linear Cutting Coffin or Urn if Cremated

**MEDICAL**
- Physician & Specialist Visits
- Labs, X-Rays, Ultrasound Exams
- Special & high complexity exams

**PHARMACY RX DISCOUNTS**
- Up to a 20% Discounts
- Generic and Register-Brand Medicines
- Accredited Pharmacies

And more...



ASSISTANCE SERVICES PROGRAMS

ASISTANCE SERVICES PROGRAMS

**Redbridge**





TRAVEL ASSITANCE

CUSTOMIZED PARTNER
WEBSITES EXAMPLES



REDBRIDGE TRAVEL PARTNERS WEBSITES (RTP)



# Redbridge.
## Insurance Agency, LLC.

**REDBRIDGE INSURANCE AGENCY**, a leader in insurance management and support services, is strategically located in Coral Gables, Florida allowing us easy access to "Latin America, the Caribbean, Asia and Oceania", where we have a presence in many countries.

**The Insurance Agency** offers high quality specialized services, including trade promotion and sales support for international insurance products Life, Health, Personal Accident Insurance Property and Assistance Programs, among others, all specially designed to suit for sale "Individual, Group, Corporate or Bulk".



NSURANCE MARKETING & MANAGEMENT EXPERTISE

Redbridge





# Redbridge
## Insurance Agency, LLC.

NSURANCE MARKETING & MANAGEMENT EXPERTISE



## Redbridge.
### Network & Healthcare

**GENERAL SCOPE OF SERVICES:**
- Medical case management
- Claims processing
- International 24/7 Call Center
- Preferred provider network access

**TECHNICAL CAPABILITIES:**
- Paper to EDI conversion
- Disaster recovery
- EDI routing
- Call tracking
- Ad-hoc and standard reporting

**CALL CENTER OPERATIONS**

Our worldwide Call Centers with the advantages of extensive multilingual resources provides VIP services 24 hours a day, 7 days a week for medical and non-medical situations to individuals and groups traveling outside their permanent country of residence.   We handle all incoming calls including medical referrals, hospital admissions notifications and general service inquiries from members and providers throughout the world.

**OFFICES:** Miami, Costa Rica, Guatemala, Puerto Rico, Panama, Uruguay, and Argentina

NETWORK & HEALTHCARE



**REDBRIDGE CENTRAL AMERICA, SOUTH AMERICA AND CARIBBEAN PROVIDE SERVICES IN:**



- Managed Care program with a discount range of 10-25% on health provider pre-negotiated fees
- Development and Administration of Outpatient Health Plans
- Special care for the terminally ill patient
- Development and Administration of different Assistance Programs (Road, Home, Travel, Funeral, Dental and Ophthalmological Care)
- Worldwide coordination of benefits with an average of more than 10,000 assists coordinated during these past 3 years
- Property and Casualty Reinsurance
- Development and Administration of Self-Funded Health Plans
- Comprehensive Reinsurance Audits
- Life and Health Insurance Underwriting
- Service Administration for Insurance Companies
- 7-days, 24-hour State of the Art Call Center
- Claims adjusted in less than 20 days

COSTA RICA, GUATEMALA, URUGUAY, PANAMA, PUERTO RICO

Redbridge

# ▇Redbridge®

## WORLDWIDE SUCCESS

