**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO: 24-cv-21614-BLOOM/Elfenbein**

ITAL BROKERS S.p.A. on its own behalf
and as brokers and agents for
Grimaldi Group S.p.A.,

    Plaintiff,

v.

REDBRIDGE INSURANCE COMPANY LTD.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that the Parties, by and through their respective counsel, hereby submit this Notice of Settlement to advise the Court that all claims have been settled. The Parties respectfully request thirty (30) days from today to finalize the settlement paperwork and submit a Notice of Dismissal with the Court.

Dated: March 7, 2025

    Respectfully submitted,

    **SPECTOR RUBIN, P.A.**

By:   */s/ Spencer Wellborn*
      Spencer J. Wellborn, Esq. (FBN: 117999)
      Andrew R. Spector, Esq. (FBN: 634093)
      3250 Mary Street, Suite 405
      Miami, Florida 33133
      Tel: 305.537.2000
      Fax: 305.537.2001
      andrew.spector@spectorrubin.com
      spencer.wellborn@spectorrubin.com

    -and-

**TISDALE & NAST LAW OFFICES, LLC**

Thomas L. Tisdale, Esq.
*Admitted Pro Hac Vice*
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, New York 10174
Tel: 212.354.0025
Fax: 212.869.0067
ttisdale@tisdale-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on March 7, 2025, via the Court's CM/ECF system, which shall notify all parties of record.

**SPECTOR RUBIN, P.A.**

By: */s/ Spencer Wellborn*
     Spencer J. Wellborn, Esq.